IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEONARD HOLIDAY, #221 251, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:12-CV-556-TMH |
| | )                [WO] |
| WARDEN HETZEL, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

It is

ORDERED that Petitioner is GRANTED leave to proceed *in forma pauperis*.

Petitioner, Leonard Holiday, filed the above captioned application for habeas corpus relief on June 28, 2012. The court has carefully reviewed the petition. From that review the undersigned finds that it represents a copy of a habeas corpus application recently filed by Petitioner which is currently pending before the court. *See Holiday v. Hetzel*, Civil Action No. 2:12-CV-529-TMH. The court, therefore, deems it appropriate to dismiss the captioned action as it simply represents a duplication of Petitioner's prior case filing.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that the instant petition for habeas corpus relief be dismissed.

It is further

ORDERED that any party may file objections to the Recommendation on or before

**July 17, 2012**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 2nd day of July 2012.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE